



FILED
4/18/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

MEN

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

Richard Anthony Martin
**(full name of plaintiff or petitioner)**

vs.

Cook County Prosecutor's Office
Chicago Police Department

Dr. Rebecca I. Nusbaum
**(full name of defendant(s) or respondent(s))**

**APPLICATION TO PROCEED WITHOUT PREPAYING FEES OR COSTS / FINANCIAL AFFIDAVIT (PRISONER CASES)**

Case number: _____

**Instructions:** Please answer every question. Do not leave blanks.
If the answer is "0" or "none," say so.

If you are in custody, you are subject to the Prison Litigation Reform Act ("PLRA"). The PLRA requires all pretrial detainees and prisoners to pay the filing fee. If you cannot pay the full filing fee at this time, you may seek leave to proceed *in forma pauperis.* A pretrial detainee or prisoner who proceeds *in forma pauperis* pays the full filing fee over time, with monthly installments taken from his or her trust fund account.

**Application:** I am the plaintiff / petitioner in this case. I believe that I am entitled to the relief I am requesting in this case. I am providing the following information under penalty of perjury in support of my request (check all that apply):

✓ to proceed *in forma pauperis* (IFP) (without prepaying fees or costs)

✓ to request an attorney

1:25-cv-04302
Judge Manish S. Shah
Magistrate Judge Jeffrey T. Gilbert
PC7
RANDOM / CAT.3

1. *Are you in custody?* ✓ Yes ___ No
   ID # 20250211065      Name of jail or prison: Cook County Jail
   Do you receive any payment from this institution? ___ Yes ✓ No
   If "Yes," how much per month? $_____

2. *Other sources of income / money:* For the past 12 months, list the amount of money that you have received from any of the following sources:

|  | (list the 12-month total for each) |
|---|---|
| Self-employment, business, or profession: | $ 0 |
| Income from interest or dividends: | $ 0 |
| Income from rent payments: | $ 0 |
| Pensions, annuities, or life insurance: | $ 0 |
| Disability or worker's compensation: | $ 0 |
| Gifts: | $ 0 |
| Deposits by others into your jail or prison account: | $ 0 |
| Unemployment, public assistance, or welfare: | $ 0 |
| Settlements or judgments: | $ 0 |
| Any other source of money: | $ 0 |

Rev. 2/2020

3. *Cash and bank accounts*: Do you have any money in cash or in a checking or savings account? ___ Yes  √ No   If yes, how much? _____

4. *Other assets*: Do you have an interest in any real estate (including your home), stocks, bonds, other securities, retirement plans, automobiles, jewelry, or other valuable property (not including ordinary household furnishings and clothing)?  ___ Yes  √ No

   If yes, list each item of property and state its approximate value:

   _____

   _____

5. *Dependents*: Is anyone dependent on you for support? ___ Yes  √ No

   If yes, please list their names (for minor children, use only initials); relationship to you; and how much you and/or your spouse contribute toward their support each month:

   _____

   _____

6. *Debts and financial obligations*: List any amounts you owe to others:

   Various credit card debts, totalling approximately $19,000

   _____

**Declaration**: I declare under penalty of perjury that all of the information listed above is true and correct. I understand that a false statement may result in dismissal of my claims or other sanctions.

Date: 3/25/25

_____
Applicant's signature

Richard Anthony Marin
_____
Printed name

**NOTICE TO PRISONERS:** In addition to the Certificate below, you must attach a print-out from the institution(s) where you have been in custody during the last six months showing all receipts, expenditures and balances in your prison or jail trust fund accounts during that period. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account – prepared by each institution where you have been in custody during that six-month period. You must also have the Certificate below completed by an authorized officer at each institution.

I have had no deposits in the entire period of incarceration. The only balance was from credit on the books from early 2024 from an unwashed prior account. No authorized officer has been willing to sign in the weeks since I have requested so, but this case is ongoing and I have requested multiple times.

**CERTIFICATE (Incarcerated applicants only)**
**(To be completed by the institution of incarceration)**

I certify that the applicant named above, _____, ID # _____, has the sum of $ _____ on account to his/her credit at _____ (name of institution). I also certify that during the past six months, the applicant's average monthly deposit was $ _____. (Add all deposits from all sources and then divide by the number of months.)

Date: _____

_____
Signature of authorized officer

_____
Printed name

Page 1 of 2

Rev. 2/2020

Quality Assured By: 1102

Green

20250211065  Marin, Richard

Receipt #1124094

Location: DIV2 - D3 - JJ - 45

Cook County, IL

02/27/2025

**Invoice: 14707:cookIL-15282**

| Qty | Product | Price | Ext | Tax | Total |
|-----|---------|-------|-----|-----|-------|
| 6 | Stamped Envelope (Sobre con Franqueo ($0.60)) | 0.65 | 3.90 | 0.40 | 4.30 |
| | **Subtotal:** | | 3.90 | 0.40 | 4.30 |

6 Items

| | |
|---|---|
| Start Balance: | **$4.52** |
| Total Purchase: | **$4.30** |
| End Balance: | **$0.22** |

Delivered By:

Date:

Resident: _Richard Anthony Marin_

By signing, I acknowledge receipt of my Commissary Order, and the deduction of funds from my account

Richard A. Marin 2025021065
Division 2, Dorm 3, JJ-45
2700 S. California Ave
Chicago, IL 60608

04/18/2025-5

S SUBURBAN IL 604

14 APR 2025 PM 6 L

★ U.S.A ★ FOREVER ★

Prisoner Correspondent
United States District Court
219 S. Dearborn Street, 20th Floor
Chicago, IL 60604

APR 11 2025