**MR**

**FILED**
4/18/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**MEN**

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

Plaintiff(s) Richard Anthony Marin )
)
v. )          Case No: _____
)
)
Defendant(s) The Office of the Cook County )
Prosecutor )          Judge: _____
Chicago Police Department )
Dr. Rebecca J. Nusbaum )

### MOTION FOR ATTORNEY REPRESENTATION
### (NOTE: Failure to complete all items may result in the denial of this motion.)

1.  I, Richard Anthony Marin _____, declare that I am the (check appropriate box)
    ☒ plaintiff ☐ defendant in this case and that I am unable to afford the services of an attorney. I hereby ask the Court for an attorney to represent me in this case.

2.  I declare that I have contacted the following attorneys/organizations seeking representation:
    (NOTE: This item must be completed.)

    Loevy & Loevy
    The Chicago local resources at The Daley Center
    The Illinois Bar Association

    1:25-cv-04302
    Judge Manish S. Shah
    Magistrate Judge Jeffrey T. Gilbert
    PC7
    RANDOM / CAT.3

    but I have been unable to find an attorney because:
    None chose to accept my case.

3.  I declare that (check all that apply):
    (*Now:*)
    ☒ I *am not* currently represented by an attorney requested by the Court in any federal criminal or civil case.
    OR
    ☐ I *am* currently represented by an attorney requested by the Court in a federal criminal or civil case. The case is described on the back of this page.

    (*Earlier:*)
    ☒ I *have not* previously been represented by an attorney requested by the Court in any federal criminal or civil case.
    OR
    ☐ I *have* previously been represented by an attorney requested by the Court in a federal criminal or civil case. The case is described on the back of this page.

4.  I declare that (check one):
    ☒ I have attached an original Application for Leave to Proceed *In Forma Pauperis* detailing my financial status.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

☐ I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this case, and it is still true and correct.

☐ I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this case. However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

5. ☑ I declare that my highest level of education is (check one):

☐ Grammar school     ☐ Some high school     ☐ High school graduate

☐ Some college     ☑ College graduate     ☐ Post-graduate

6. ☐ I declare that my ability to speak, write, and/or read English is limited because English is not my primary language. (Check **only** if applicable.)

7. ☐ I declare that this form and/or other documents in this case were prepared with the help of an attorney from the U.S. District Court *Pro Se* Assistance Program. (Check **only** if applicable.)

8. I declare under penalty of perjury that the foregoing is true and correct.

_Richard Anthony Marin_
Movant's Signature

_2700 S. California Ave_
Street Address

_4/6/24_
Date

_Chicago, IL 60608_
City, State, Zip

Other cases in which an attorney requested by this Court has represented me:

| | |
|---|---|
| Case Name: _____ | Case No.: _____ |
| Attorney's Name: _____ | The case is still pending: Yes ___ No ___ |
| The appointment was limited to settlement assistance: Yes ___ No ___ | |

| | |
|---|---|
| Case Name: _____ | Case No.: _____ |
| Attorney's Name: _____ | The case is still pending: Yes ___ No ___ |
| The appointment was limited to settlement assistance: Yes ___ No ___ | |

| | |
|---|---|
| Case Name: _____ | Case No.: _____ |
| Attorney's Name: _____ | The case is still pending: Yes ___ No ___ |
| The appointment was limited to settlement assistance: Yes ___ No ___ | |

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Richard A. Marin 2025024065
Division 2, Dorm 3, JJ-45
2700 S. California Ave
Chicago, IL 60608

04/18/2025-5

S SUBURBAN IL 604

14 APR 2025 PM 6 L

★ U.S.A ★ FOREVER ★

Prisoner Correspondent
United States District Court
219 S. Dearborn Street, 20th Floor
Chicago, IL 60604

APR 17 2025