MR

In the US District Court of
the Illinois Northern District

FILED

AUG 13 2025

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT MN

Richard Marin

v.

The Office of the Cook County
Prosecutor, et al.

25-CV-04302

## Notice of Appeal

Plaintiff in the matter Richard Marin v. The Office of the Cook County Prosecutor, et al, dismissed without prejudice on grounds that seem to violate plaintiffs rights to sue the named parties in the context of alleged grievous civil rights violations including restriction of free speech, denial of due process, and unlawful seizure appeals to the 7th District in said matter.

Especially as plaintiff alleges retaliation by local and federal authorities related to their work as a journalist investigating the trafficking organization operated by Jeffrey Epstein and Ghislaine Maxwell, allegations of wrongdoing by the named parties seems to originate with false reports and obstructive statements in court, and plaintiff has faced a years long campaign of retaliation for attempting to get justice through local authorities, appeal to the highest jurisdiction at the soonest possible date is prudent and sought. Plaintiff seeks expedited appeal.

Richard Anthony Marin, Pro Se

Richard Anthony Marin

Dated August 6th, 2025



Richard A. Marin
20250211065
Division 2, Dorm 2, W
2700 S. California Ave
Chicago, IL 60608

S SUBURBAN IL 604

7 AUG 2025 PM 4 L

USA ★ FOREVER

Prisoner Correspondence
Clerk's Office
US District Court
219 S. Dearborn St. 20th Floor
Chicago, IL 60604

RECEIVED

AUG 13 2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

08/13/2025-36

60604-180099