**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| RICHARD ANTHONY MARIN (#20250211065), | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 25 C 4302 |
| | ) | |
| v. | ) | Hon. Manish S. Shah |
| | ) | |
| THE OFFICE OF THE COOK COUNTY PROSECUTOR, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

The court ordered plaintiff to submit an amended complaint by August 18, 2025, and warned plaintiff that the failure to submit an amended complaint for screening by that deadline would result in a dismissal with prejudice. Plaintiff did not submit an amended complaint but instead filed a frivolous notice of appeal. That appeal has been dismissed. If plaintiff wants to try to pursue this lawsuit, he must submit an amended complaint by April 3, 2026, or it will be dismissed with prejudice for failure to state a claim for relief. See [9]. The clerk shall send a copy of this order and the court's July 14, 2025, order dismissing the original complaint without prejudice, [9], to plaintiff.

ENTER:

Date: February 27, 2026

s/ Manish S. Shah
Manish S. Shah
U.S. District Judge