MR

FILED
3/26/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

PJJ
PJJ

3/21/26

To The Clerk of the Court:

I am writing to you to report what is an apparently serious violation by, at this point, two judges in your court, Judge Robert Gettleman and Judge Jeffrey Cummings. While this is prompted by a recent order under case 25CV5596, Marin v. Cook County Jail, I have previously reported serious allegations against Judge Gettleman, especially somehow ruling on an appeal to a case he himself dismissed when it was appealed up to the Seventh Circuit Court of Appeals, 25-2362 from U.S. District Court case 25-CV-6465, a major conflict of interest that brings into question serious ethical and legal concerns. I have had other suits in front of this court, but these two stand out seriously as both judges have lied on the record - not misinterpreted stated claims or narrative. I am asking that both judges and both suits be investigated as to potential criminal wrongdoing, as I have sued primarily institutions and stated entities that could, and if able to, might, attempt to influence the decision of a federal judge unduly, with public corruption the center of my suit, Marin v. The Office of the Cook County Prosecutor, et al., 25-CV-04302. I am a writer, journalist, and filmmaker whose work against a federal criminal conspiracy involving allegations that I have sued under - not a frivolous filer.

I have petitioned for writ of certiorari on both 25CV5596 and 25-2362 to the United States Supreme Court, but continue actions as deemed viable at the level, at least, of here. Judge Cummings, in his March 12th 2026 order, erroneously stated that I had "neither submitted a second amended complaint nor otherwise communicated with the Court." A second complaint was submitted in February. Further, the initial complaint was dismissed on the basis that there was "failure to state a claim." The claim was, in fact, clearly stated and one of a clear federal nature, restated just as accurately in the amended claim. Thirdly, he both "dismissed with prejudice" the claim yet somehow also entered a ruling, on the same judgement order, in favor of Cook County Jail. Clearly, something is wrong here.

Sincerely,
Richard A. Marin

P.S. - This is not an appeal, this is a challenge to the order.

Richard A. Marin
20250211065
Division 2, Dorm 3, JJ
2700 S. California Ave
Chicago, IL 60608

S SUBURBAN IL 604

23 MAR 2026 PM 5 L

★ USA ★ FOREVER ★

Prisoner Correspondence
Clerk's Office
719 South Dearborn Street, 20th Floor
Chicago, IL 60604

60604-170407

03/26/2026-7



RECEIVED

MAR 2 6 2026

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT



FSC
MIX
Envelope
FSC® C137131

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2019