ILND 450 (Rev. 10/13) Judgment in a Civil Action

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**

Richard Anthony Marin,

Plaintiff,

v.

The Office of the Cook County State's Attorney, et al.,

Defendants.

Case No. 25 C 4302
Judge    Manish S. Shah

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐   in favor of plaintiff(s)
and against defendant(s)
in the amount of $           ,

which ☐ includes       pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐   in favor of defendant(s)
and against plaintiff(s)         .

Defendant(s) shall recover costs from plaintiff(s).

☒   other: Case is dismissed without prejudice for failure to state a claim.

This action was *(check one)*:

☐ tried by a jury with Judge       presiding, and the jury has rendered a verdict.
☐ tried by Judge       without a jury and the above decision was reached.
☒ decided by Judge Manish S. Shah on 4/1/2026.

Date:   4/1/2026

Thomas G. Bruton, Clerk of Court

Amanda Scherer, Deputy Clerk